# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, Administrator, United States Environmental Protection Agency,<br><br>Defendants. | CV-20-27-GF-BMM<br><br>**ORDER** |

Plaintiff has moved for an order allowing Ashley N. Bennett, Esq. and Janette K. Brimmer, Esq. to appear *pro hac vice* in this case with Jenny K. Harbine, Esq., designated as local counsel. The applications of Ms. Bennett and Ms. Brimmer appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motions to allow Ms. Bennett and Ms. Brimmer to appear on its behalf (Docs. 4 and 5) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Ms. Bennett and Ms. Brimmer must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. Bennett and Ms. Brimmer.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 2nd day of April, 2020.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge