IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, Administrator, United States Environmental Protection Agency, <br><br> Defendants, <br> and <br><br><br> STATE OF MONTANA, DEPARTMENT OF ENVIRONMENTAL QUALITY, <br><br> Intervenor and Defendant. | Case No. 4:20-cv-00027-BMM <br><br><br> ORDER GRANTING STATE OF MONTANA, DEPARTMENT OF ENVIRONMENTAL QUALITY'S UNOPPOSED MOTION TO INTERVENE AS A DEFENDANT |

Applicant for intervention, State of Montana, Department of

Environmental Quality, filed its motion pursuant to Rule 24, Federal Rules of

Civil Procedure, to intervene in the above-captioned case.  As set forth in its

motion and brief in support of its unopposed motion to intervene as a defendant,

the Applicant meets the standard for intervention as of right, or, in the

alternative, permissive intervention.  Plaintiff and Federal Defendants do not

oppose Montana's motion.

IT IS ORDERED that the unopposed motion for intervention of Applicant

State of Montana, Department of Environmental Quality is hereby GRANTED.

IT IS FURTHER ORDERED that Intervenor-Defendant State of

Montana, Montana Department of Environmental Quality must file its Answer

by July 8, 2020.

DATED this 8th day of June, 2020.

_____

Brian Morris, Chief District Judge
United States District Court