UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

|  |  |
|---|---|
| UPPER MISSOURI WATERKEEPER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND MICHAEL REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND<br><br>Defendants.<br>And<br><br>STATE OF MONTANA, DEPARTMENT OF ENVIRONMENTAL QUALITY, TREASURE STATE RESOURCES ASSOCIATION, MONTANA LEAGUE OF CITIES AND TOWNS, AND NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES,<br><br>Intervenor-Defendants. | Case No. CV-20-027-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED IT IS ORDERED that Waterkeeper's Motion for Partial Dismissal (Doc. 105) is GRANTED. The remaining claims in Waterkeeper II are dismissed without prejudice, each party to bear its own fees and costs.

Dated this 4th day of April, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Kelsey Hanning
Kelsey Hanning , Deputy Clerk